# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

144967

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellee,

v

      SC: 144967
      COA: 300229
      Kalamazoo CC: 2008-000640-NF

AUTO OWNERS INSURANCE COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

_____
Clerk

t0927